# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

*FILED*

UNITED STATES OF AMERICA,

V.

DARIUS GILBERT

# CR 15 0324 VC

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 751(a) - Escape;
18 U.S.C. § 2113(a) - Bank Robbery;
18 U.S.C. § 2113(d) - Armed Bank Robbery;
18 U.S.C. § 922(g) and 18 U.S.C. § 924(e) - Felon in Possession of Firearm and Armed Career Criminal Act;
18 U.S.C. § 924(c) - Using, Carrying and Possessing a Firearm During and in Relation to a Crime of Violence;
18 U.S.C. § 981(a)(1)(C) and 924(d)(1) - Forfeiture

A true bill.

_____
                                    Foreman

Filed in open court this ___18th___ day of

_____June 18, 2015_____.

_____
                                    Clerk

Bail, $ __no process__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**FILED**

─── OFFENSE CHARGED ───

See Attachment A

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment A

─── DEFENDANT - U.S ───

▶ DARIUS GILBERT

DISTRICT COURT NUMBER

**CR 15 0324**

**VC**

JUN 18 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

FBI Special Agent Lantz R. Nixon

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
☐ U.S. ATTORNEY   ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant   MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }   3-15-70659

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Rita F. Lin

─── DEFENDANT ───

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

**Attachment A**
**Indictment**
**United States v. Darius Gilbert**

| | |
|---|---|
| Count One | 18 U.S.C. § 751(a) – Escape |
| Counts Two, Four, Seven, Eight, and Nine | 18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery |
| Counts Three, Five, and Six | 18 U.S.C. § 2113(a) – Bank Robbery |
| Counts Ten and Eleven | 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm |
| Counts Twelve, Thirteen, and Fourteen | 18 U.S.C. § 924(c) – Using, Carrying, and Possessing a Firearm During and in Relation to a Crime of Violence |

Count One: Maximum 5 Years Imprisonment; Maximum Fine of $250,000 or Twice the Gain or Loss; Maximum Supervised Release of 3 Years; Mandatory $100 Special Assessment; Deportation

Counts Two, Four, Seven, Eight, and Nine: Maximum 25 Years Imprisonment; Maximum Fine of $250,000 Twice the Gain or Loss; Maximum Supervised Release of 5 Years; Mandatory $100 Special Assessment; Deportation

Counts Three, Five, and Six: Maximum 20 Years Imprisonment; Maximum Fine of $250,000 or Twice the Gain or Loss; Maximum Supervised Release of 3 Years; Mandatory $100 Special Assessment; Deportation

Counts Ten and Eleven:  Maximum Life Imprisonment; Mandatory Minimum 15 Years Imprisonment; Maximum Fine of $250,000 or Twice the Gain or Loss; Maximum Supervised Release of 5 Years; Mandatory $100 Special Assessment; Deportation

Counts Twelve, Thirteen, and Fourteen:  Maximum Life Imprisonment; Minimum 7 Years Imprisonment for the First Violation to Run Consecutively to Any Other Term of Imprisonment Imposed; Minimum 25 Years Imprisonment for Each Second or Subsequent Violation to Run Consecutively to Any Other Term of Imprisonment Imposed; Maximum Fine of $250,000; Maximum Supervised Release of 5 Years; Mandatory $100 Special Assessment; Deportation

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11                      CR 15 0324

12  UNITED STATES OF AMERICA,            )  No.
                                         )
13         Plaintiff,                    )  VIOLATIONS:  18 U.S.C. § 751(a) – Escape; 18
                                         )  U.S.C. § 2113(a) – Bank Robbery; 18 U.S.C.
14         v.                            )  § 2113(d) – Armed Bank Robbery; 18 U.S.C.
                                         )  § 922(g) and 18 U.S.C. § 924(e) – Felon in
15  DARIUS GILBERT,                      )  Possession of a Firearm and Armed Career Criminal
                                         )  Act; 18 U.S.C. § 924(c) – Using, Carrying, and
16         Defendant.                    )  Possessing a Firearm During and in Relation to a
                                         )  Crime of Violence; 18 U.S.C. § 981(a)(1)(C) and
17                                       )  924(d)(1) – Forfeiture
                                         )
18  _____ )  SAN FRANCISCO VENUE

19

20                        I N D I C T M E N T

21  The Grand Jury charges:

22  COUNT ONE: (18 U.S.C. § 751(a) – Escape)

23         On or about March 26, 2015, in the Northern District of California, the defendant,

24                          DARIUS GILBERT,

25  did knowingly escape from the custody of the Attorney General while transferring to the GEO Care-

26  Cornell Companies, Inc., Residential Reentry Center, in Oakland, California, a facility where he was to

27  be lawfully confined at the direction of the Attorney General by virtue of a conviction of a felony

28  offense against the United States; an offense in violation of Title 18, United States Code, Section 751(a).

INDICTMENT

1   <u>COUNT TWO</u>: (18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery)

2         On or about March 30, 2015, in the Northern District of California, the defendant,

3                             DARIUS GILBERT,

4   by force, violence, and intimidation, did take away from the persons and presence of another,

5   specifically, the employees of the US Bank National Association branch located at 4610 Mission Street,

6   San Francisco, California, approximately $13,310 in United States currency belonging to and in the care,

7   custody, control, management, and possession of US Bank National Association, the deposits of which

8   were then insured by the Federal Deposit Insurance Corporation (FDIC), and in committing such

9   offense, the defendant did assault and put in jeopardy the life of another person by the use of a

10   dangerous weapon, that is, a knife, in violation of Title 18, United States Code, Sections 2113(a) and

11   2113(d).

12

13   <u>COUNT THREE</u>: (18 U.S.C. § 2113(a) – Bank Robbery)

14         On or about April 2, 2015, in the Northern District of California, the defendant,

15                             DARIUS GILBERT,

16   by force, violence, and intimidation, did take away from the persons and presence of another,

17   specifically, the employees of the Citibank branch located at 260 California Street, San Francisco,

18   California, approximately $10,708 in United States currency belonging to and in the care, custody,

19   control, management, and possession of Citibank, the deposits of which were then insured by the

20   Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section

21   2113(a).

22

23   <u>COUNT FOUR</u>: (18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery)

24         On or about April 7, 2015, in the Northern District of California, the defendant,

25                             DARIUS GILBERT,

26   by force, violence, and intimidation, did take away from the persons and presence of another,

27   specifically, the employees of the Bank of America, N.A., branch located at 3701 Balboa Street, San

28   Francisco, California, approximately $9,081 in United States currency belonging to and in the care,

INDICTMENT

1   custody, control, management, and possession of Bank of America, N.A., the deposits of which were

2   then insured by the Federal Deposit Insurance Corporation (FDIC), and in committing such offense, the

3   defendant did assault and put in jeopardy the life of another person by the use of a dangerous weapon,

4   that is, a knife, in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

5

6   COUNT FIVE: (18 U.S.C. § 2113(a) – Bank Robbery)

7            On or about April 17, 2015, in the Northern District of California, the defendant,

8                                    DARIUS GILBERT,

9   by force, violence, and intimidation, did take away from the persons and presence of another,

10   specifically, the employees of the US Bank National Association branch located at 4610 Mission Street,

11   San Francisco, California, approximately $12,832 in United States currency belonging to and in the care,

12   custody, control, management, and possession of US Bank National Association, the deposits of which

13   were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United

14   States Code, Section 2113(a).

15

16   COUNT SIX: (18 U.S.C. § 2113(a) – Bank Robbery)

17            On or about April 20, 2015, in the Northern District of California, the defendant,

18                                    DARIUS GILBERT,

19   by force, violence, and intimidation, did take away from the persons and presence of another,

20   specifically, the employees of the Citibank branch located at 2198 Chestnut Street, San Francisco,

21   California, approximately $12,292 in United States currency belonging to and in the care, custody,

22   control, management, and possession of Citibank, the deposits of which were then insured by the

23   Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section

24   2113(a).

25

26   COUNT SEVEN: (18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery)

27            On or about May 9, 2015, in the Northern District of California, the defendant,

28                                    DARIUS GILBERT,

INDICTMENT

1   by force, violence, and intimidation, did take away from the persons and presence of another,

2   specifically, the employees of the Chase Bank branch located at 3206 Delta Fair Boulevard, Antioch,

3   California, approximately $18,555 in United States currency belonging to and in the care, custody,

4   control, management, and possession of Chase Bank, the deposits of which were then insured by the

5   Federal Deposit Insurance Corporation (FDIC), and in committing such offense, the defendant did

6   assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a

7   firearm, in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

8

9   COUNT EIGHT: (18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery)

10                   On or about May 14, 2015, in the Northern District of California, the defendant,

11                                      DARIUS GILBERT,

12   by force, violence, and intimidation, did take away from the persons and presence of another,

13   specifically, the employees of the East West Bank branch located at 3601 Balboa Street, San Francisco,

14   California, approximately $18,104 in United States currency belonging to and in the care, custody,

15   control, management, and possession of East West Bank, the deposits of which were then insured by the

16   Federal Deposit Insurance Corporation (FDIC), and in committing such offense, the defendant did

17   assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a

18   firearm, in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

19

20   COUNT NINE: (18 U.S.C. §§ 2113(a) and (d) – Armed Bank Robbery)

21                   On or about June 2, 2015, in the Northern District of California, the defendant,

22                                      DARIUS GILBERT,

23   by force, violence, and intimidation, did take away from the persons and presence of another,

24   specifically, the employees of the Bank of Marin branch located at 1101 Fourth Street, San Rafael,

25   California, approximately $31,123 in United States currency belonging to and in the care, custody,

26   control, management, and possession of Bank of Marin, the deposits of which were then insured by the

27   Federal Deposit Insurance Corporation (FDIC), and in committing such offense, the defendant did

28   assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a

INDICTMENT

1  firearm, in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

2

3  <u>COUNT TEN</u>: (18 U.S.C. § 922(g) and 18 U.S.C. § 924(e) – Felon in Possession of a Firearm and
          Armed Career Criminal Act)

4

5        On or about April 28, 2015, in the Northern District of California, the defendant,

6                                    DARIUS GILBERT,

7  having been previously convicted of a crime punishable by a term of imprisonment exceeding one year,

8  did knowingly possess a firearm, specifically, an Astra brand, 9mm handgun, bearing serial number

9  W5087, in and affecting interstate commerce, in violation of Title 18, United States Code, Section

10  922(g)(1), and Title 18, United States Code, Section 924(e).

11

12  <u>COUNT ELEVEN</u>: (18 U.S.C. § 922(g) and 18 U.S.C. § 924(e) – Felon in Possession of a Firearm and
          Armed Career Criminal Act)

13

14        On or about June 2, 2015, in the Northern District of California, the defendant,

15                                    DARIUS GILBERT,

16  having been previously convicted of a crime punishable by a term of imprisonment exceeding one year,

17  did knowingly possess a firearm, specifically, a black Smith & Wesson brand, model 910, 9mm caliber

18  handgun, bearing serial number VDV7285, in and affecting interstate commerce, in violation of Title 18,

19  United States Code, Section 922(g)(1), and Title 18, United States Code, Section 924(e).

20

21  <u>COUNT TWELVE</u>:  (18 U.S.C. § 924(c) – Using, Carrying, and Possessing a Firearm During and in
          Relation to a Crime of Violence)

22

23        On or about May 9, 2015, in the Northern District of California, the defendant,

24                                    DARIUS GILBERT,

25  did knowingly brandish, carry, and use a firearm during and in relation to, and did knowingly possess a

26  firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United

27  States, that is, armed bank robbery in violation of Title 18, United States Code, Sections 2113(a) and (d),

28  all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

INDICTMENT

COUNT THIRTEEN: (18 U.S.C. § 924(c) – Using, Carrying, and Possessing a Firearm During and in Relation to a Crime of Violence)

On or about May 14, 2015, in the Northern District of California, the defendant,

DARIUS GILBERT,

did knowingly brandish, carry, and use a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, armed bank robbery in violation of Title 18, United States Code, Sections 2113(a) and (d), all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

COUNT FOURTEEN: (18 U.S.C. § 924(c) – Using, Carrying, and Possessing a Firearm During and in Relation to a Crime of Violence)

On or about June 2, 2015, in the Northern District of California, the defendant,

DARIUS GILBERT,

did knowingly brandish, carry, and use a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, armed bank robbery in violation of Title 18, United States Code, Sections 2113(a) and (d), all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 981(a)(1)(C) and 924(d)(1) – Criminal Forfeiture)

The allegations of Counts Two Through Fourteen are re-alleged and incorporated by reference as if set forth fully herein by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d).

Upon conviction of any of the offenses in violation of Title 18, United States Code, Section 2113 set forth in Counts Two through Nine of this Indictment, the defendant,

DARIUS GILBERT,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, including, but not limited to a

INDICTMENT

1 | money judgment equivalent to the sum in aggregate of the proceeds obtained, directly or indirectly, as a
2 | result of such violations.

3 |       Upon conviction of any of the offenses in violation of Title 18, United States Code, Sections
4 | 2113, 922(g), and 924(c), set forth in Counts Two through Fourteen of this Indictment, the defendant,

5 |                            DARIUS GILBERT,

6 | shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1),
7 | any firearm or ammunition involved in or used in any willful violation of said offense, including but not
8 | limited to:

9 |      a.      the Smith & Wesson brand, model 910, 9mm caliber handgun, bearing serial number
10 | VDV7285;

11 |      b.      the magazine and ten rounds of 9mm Mec-Gar ammunition loaded in the aforementioned
12 | handgun; and

13 |      c.      the  Astra brand, 9mm handgun, bearing serial number W5087.

14 |       If any of the property described above, as a result of any act or omission of the defendant:

15 |      a.      cannot be located upon the exercise of due diligence;

16 |      b.      has been transferred or sold to, or deposited with, a third party;

17 |      c.      has been placed beyond the jurisdiction of the court;

18 |      d.      has been substantially diminished in value; or

19 |      e.      has been commingled with other property which cannot be divided without difficulty;
20 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
21 | United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1)
22 | and Title 28, United States Code, Section 2461(c).

23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

INDICTMENT

1    All pursuant to 18 U.S.C. §§ 924(d), 981(a)(1)(C), and 28 U.S.C. § 2461(c).

2

3

4

5    DATED: _June 18, 2015_          A TRUE BILL.

6

7                                    _____
                                     FOREPERSON
8

9    MELINDA HAAG
     United States Attorney
10

11

12   DAVID R. CALLAWAY
     Chief, Criminal Division
13

14
     (Approved as to form: _____)
15                        AUSA Rita F. Lin

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT