| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | RITA LIN (CABN 236220)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102-3495 |
| 7 | Telephone: (415) 436-6511<br>Facsimile: (415) 436-7234<br>E-mail: rita.lin@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15-00324 VC |
| Plaintiff, | ) ) | MODIFIED [PROPOSED] ORDER FINDING WAIVER OF PRIVILEGE, ALLOWING DEFENSE |
| v. | ) ) | COUNSEL TO DISCUSS PETITIONER'S CLAIMS WITH THE GOVERNMENT AND TO PROVIDE |
| DARIUS GILBERT, | ) ) | DECLARATION TO THE COURT, AND EXTENDING THE TIME FOR THE |
| Defendant. | ) ) ) ) ) | GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO VACATE HIS CONVICTION AND SENTENCE PURSUANT TO 28 U.S.C. § 2255 |

Good cause appearing, the Court hereby finds that the petitioner's motion to vacate his conviction and sentence filed pursuant to 28 U.S.C. § 2255 waived the attorney-client privilege between the petitioner and defense counsel Candis Mitchell with regard to claims related to ineffective assistance of counsel during the plea process and regarding the petitioner's desire to file an appeal. IT IS HEREBY ORDERED that defense counsel Candis Mitchell may discuss with the government the claims related to the ineffective assistance of counsel raised in the petitioner's § 2255 motion and may file a declaration with the Court detailing the conversations pertaining to her advice and counsel to the petitioner during the plea process and concerning an appeal. The government is precluded from using

the information and materials provided by Mitchell for any purpose other than litigating the § 2255 motion currently at issue, and may not disclose the information and materials provided by Mitchell to anyone other than the representatives of the U.S. Attorney's Office assisting with this § 2255 motion. *See Lambright v. Ryan*, 698 F.3d 808, 818-19 (9th Cir. 2012).  Should Gilbert wish to avoid the limited waiver of the attorney-client privilege necessitated by his petition, he may withdraw his § 2255 petition. *See Bittaker v. Woodford*, 331 F.3d 715, 721 (9th Cir. 2003) (en banc).

    IT IS FURTHER ORDERED that the government's time to respond to the petitioner's motion to vacate his conviction and sentence filed pursuant to 28 U.S.C. § 2255 is hereby extended by 45 days to November 3, 2017.

IT IS SO ORDERED

Dated: September 18, 2017

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE